IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH BARKER | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-490 |
| SHERIFF, JEFFERSON COUNTY | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Joseph Barker, a pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this petition be dismissed without prejudice to petitioner's right to re-file as a civil rights action pursuant to 42 U.S.C. § 1983.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 17 day of **March, 2021.**

Thad Heartfield
United States District Judge

---

[1] A copy of the Report and Recommendation was returned on March 8, 2021 with the notation petitioner was released. Petitioner has not provided a current address.